IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYVON WALKER,
    Plaintiff,

v.                                             Civil Action No. **3:21CV390**

FLUDD, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on July 9, 2021, the Court conditionally docketed the plaintiff's action. At that time, the Court admonished the plaintiff that he "must immediately advise the Court of his new address in the event that he is transferred, released, or otherwise relocated while the action is pending." (ECF No. 3, at 3.) The Court specifically warned the plaintiff that "**FAILURE TO DO SO WILL RESULT IN DISMISSAL OF THE ACTION**." (*Id.*) By Memorandum Order entered on August 9, 2021, the Court directed the plaintiff to "submit an initial partial filing fee of **$7.84** or state under penalty of perjury that he does not have sufficient assets to pay such a fee." (ECF No. 7, at 1.) On August 17, 2021, the United States Postal Service returned the August 9, 2021 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Not at Jail." (ECF No. 8.) Since that date, the plaintiff has not contacted the Court to provide a current address. The plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in litigating this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 6 October 2021
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge